**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME04L | 9730702 | Newell, B | 1079 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (MM/DD/YYYY): 12/9/2025  1355
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code — LCFR 139.35(a)
Place of Offense: 68 Sewall Street, Augusta, ME Lobby.

Offense Description; Factual Basis for Charge:
Subject was actively resisting ended up on the ground attempting to handcuff.

### DEFENDANT INFORMATION

Last Name: Friberg
First Name: Eric
M.I.: J
Street Address: 36 Penny Lane
City: Pittston
State: ME
Zip Code: 04345
Drivers License No.: 9487183
D.L. State: ME
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
Hair: Bro  Eyes: Haz  Height: 7'02"  Weight: 160

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: [signature]   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9730702*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Dec. 9th, 20 25 while exercising my duties as a law enforcement officer in the First District of Maine

See attached Probable cause statement

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/09/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

 

**CVB LOCATION CODE: ME41**

**CVB VIOLATION NOTICE NUMBER:**
9730702

# STATEMENT OF PROBABLE CAUSE

U.S. Central Violations Bureau (CVB) Notice Number: 9730702 – Prohibited conduct (Disorderly conduct). (Title 6, Code of Federal Regulations, Part 139.35(a)).

Assisting Officers:
Protective Security Officer Barber, D
Protective Security Officer Avery, W

Witness:
Protective Security Officer Andrenyak, W

**SOURCE:**
On Tuesday, December 09, 2025, at approximately 1545 hours, I, Law Enforcement Specialist (Area Commander Newell, B – 1V11), while on duty with the Department of Homeland Security (DHS), Federal Protective Service (FPS), I was in full police uniform, fully identifying myself as a Federal Law Enforcement with the DHS FPS per 40 United States Code (USC), subsection 1315, when I observed an individual, later Identified as FRIBERG, wearing brown and tan hat, slate in color coat with blue hoodie sweatshirt underneath, brownish color pants, admitted to me taking pictures in the Social Security Administration and then fled being stopped in the main lobby of the Muskie Federal Building where I contacted FRIBERG and attempted to identify FRIBERG, who refused to comply. I attempted to detain FRIBERG, and he resisted refusing to put his hands behind his back. Ultimately leading to myself and a Protective Security Officer Barber on the ground with the subject fighting for his hands, which he refused to give us. FRIBERG was finally detained and identified.

Subject arrested and/or issued a CVB Violation for Code of Federal Regulations, Title 6, Code of Federal Regulations, Part 139, Subpart B and/or Relevant Federal Charge, such as, '18 USC 111 Charge: Assaulting, resisting or impeding federal officers.

***Full report for FPS CCN #25029874P available upon request***

I, Law Enforcement Specialist (Area Commander Newell – 1V11), certify under penalty of perjury that this statement is true and accurate to the best of my recollection. December 11th, 2025, at 1324 hours, Eastern Standard Time (EST).

_12/11/2025_
Executed on: (mm/dd/yyyy)                          Officer Signature:

CVB SCAN 12/31/2025 9:55